Mr. Justice SWAYNE
 

 delivered the opinion of the court.
 

 The assignee acquired his title to the movable proper found on the demised premises, subject to the rights of al other persons.
 
 *
 
 The rent in question was for a period which terminated when the assignee took possession, and the entire period was within a year of that time. Before the commencement of the proceedings in bankruptcy, the defendants in error might have distrained; and it is agreed that the property upon the premises was more than sufficient to satisfy the demand. The statute of Pennsylvania, of June
 
 *577
 
 16tb, 1886, provides that where property under such circumstances is seized and sold under execution, the rent due for a period not exceeding one year shall be paid first out of the pi cecds of the sale. This case is within the equity of that tute.
 
 *
 
 The question presented is one belonging to the J law of Pennsylvania. We think it was correctly decided the Circuit Court.
 

 Judgment affirmed.
 

 *
 

 Gibson
 
 v.
 
 Warden, 14 Wallace, 244.
 

 *
 

 Sedgwick’s Statutory and Constitutional Law, 296.